UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff ) | |
| ) | Civil Action No. |
| v. ) | 6 – CV – 105- P-C |
| ) | |
| BOWMAN BROTHERS, INC., and ST PAUL FIRE AND MARINE INSURANCE COMPANY, ) ) ) ) | |
| Defendants ) | MARCH 8, 2007 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the undersigned do hereby stipulate that the above-referenced action, including the Complaint and Counterclaims, be dismissed with prejudice and without costs.

| | |
|---|---|
| PLAINTIFF, NORTH AMERICAN SPECIALTY INSURANCE COMPANY | DEFENDANTS, BOWMAN BROTHERS, INC. and ST. PAUL FIRE AND MARINE INS. CO. |
| By: /s/ Thomas B. Wheatley Thomas B. Wheatley, Bar # 2144 Fenton, Chapman, Wheatley & Kane, P.A. 109 Main Street Bar Harbor, ME 04609 (207) 288-3331 tbwheatley@msn.com Counsel for Plaintiff | By:/s/ Paul M. Koziell Paul M. Koziell, Bar #8211 c/o Morrison Group P.O. Box B, 30 Bonney Street Freeport, ME 04074 207-865-0000 pkoziell@cpmconstructors.com Counsel for Defendants |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

I hereby certify that on March 8, 2006, I electronically filed the above Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to counsel for the Defendants:

Paul M. Koziell, Esq.
c/o Morrison Group
P.O. Box B
30 Bonney Street
Freeport, ME 04074
pkoziell@cpmconstructors.com

/s/ Thomas B. Wheatley
Thomas B. Wheatley, Bar # 2144
Fenton, Chapman, Wheatley & Kane, P.A.
109 Main Street
Bar Harbor, ME 04609
(207) 288-3331
tbwheatley@msn.com
Counsel for Plaintiff
North American Specialty Insurance Company